IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

AIRADIGM COMMUNICATIONS, INC.

---

TELEPHONE AND DATA SYSTEMS, INC.,

        Appellant,

v.

FEDERAL COMMUNICATIONS COMMISSION,

        Appellee.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-152-bbc

---

This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered REVERSING the final order of the bankruptcy court disallowing claim 15. This case is remanded to the bankruptcy court to enter judgment for TDS, allowing claim 15 in the amount of $49,000,000.

By: *L. Jensen, Deputy Clerk*
Joel W. Turner, Acting Clerk of Court

8-13-08
Date